

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2014

No. 04-13-00871-CV

Alonzo Foster **BALL**, Jr.,
Appellant

v.

LaVaughn **LEWIS,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05112
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

Appellant Alonzo Foster Ball Jr., acting pro se, filed a notice of appeal. He complains that the trial court improperly denied his wife's motion to dismiss a family violence protective order. *See* TEX. FAM. CODE ANN. § 85.001 (West 2014). After he filed his notice of appeal, he also filed an affidavit of indigence.

On January 22, 2014, we abated this cause and remanded it to the trial court to determine whether Appellant is indigent and his appeal is frivolous. In response, the trial court held a hearing on February 24, 2014, and vacated its earlier protective order. Thus, in this case, there does not appear to be a final, appealable order.

Our appellate jurisdiction is limited to review of final, appealable orders. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (noting that generally "an appeal may be taken only from a final judgment").

We ORDER Appellant Alonzo Foster Ball Jr. to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195. If Appellant does not timely show cause why this court has jurisdiction over this appeal, the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195.

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2014.

Keith E. Hottle
Clerk of Court

